

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:      01-14-00493-CR

Trial Court Cause
Number:      1396147

Style:      Luis Ruiz Sierra **v** The State of Texas

Date motion filed[*]:      November 7, 2014 and November 10, 2014

Type of motion:      Motion for Access to Appellate Record; Motion to Extend Time for Filing Pro Se Response to Anders Brief

Party filing motion:      Appellant

Document to be filed:      Appellant's Pro Se Response to Anders Brief

If motion to extend time:

     Original due date:      November 17, 2014

     Number of previous extensions granted:      0

     Date Requested:      January 9, 2015 (60 days from date of extension motion)

Ordered that motion is:

☐ Granted

     If document is to be filed, document due: _____

     ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒ Other:

Appellant's request for a copy of the record is **denied**. The motion to withdraw filed by appellant's counsel certifies that a copy of the record was mailed to appellant on October 16, 2014. Furthermore, on January 5, 2015, appellant's counsel (1) provided the Court with a copy of the certified mail receipt indicating that the record was delivered to appellant and (2) notified the Court that he mailed another copy of the record to appellant on the same day.

Appellant's request for a 60-day extension of time to file his pro se response is **dismissed as moot** because appellant has failed to file a response within the time requested in his extension motion.

Judge's signature: /s/ Michael Massengale
     ☒ Acting individually

Date: March 19, 2015